ROOSEVELT DANIELS, PLAINTIFF-RESPONDENT, v. ANDREW BRUNTON, DOING BUSINESS AS BRUNTON REAL ESTATE CO., DEFENDANT-PETITIONER.

See same case below: 9 *N. J. Super.* 294.

*Mr. Emil W. A. Schumann* for the petitioner.

*Mr. Samuel M. Cole* and *Mr. Louis J. Greenberg* for the respondent.

January 22, 1951. Granted.

IN THE MATTER OF THE ESTATE OF JOHN P. DUBOIS, DECEASED.

See same case below: 9 *N. J. Super.* 280.

*Mr. Horace Brown* and *Mr. Howard G. Kulp, Jr.,* for the petitioners.

*Mr. Albert Rathblott* and *Mr. Joseph Fishberg* for the respondent.

January 22, 1951. Denied.